# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RITA BISHOP, | : |
| Plaintiff, | : |
| | Case No. 3:08cv00375 |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : |
| Defendant. | : |

# DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 29, 2010 (Doc. #19) is ADOPTED in full;

2. Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #15) is GRANTED;

3. Plaintiff is awarded fees and expenses under the EAJA in the amount of $3,849.05;

4. No Order shall issue regarding the direction the Government must pay the EAJA award; and

5. This case remains terminated on the docket of this Court.

October 21, 2010                                *s/THOMAS M. ROSE

 

                                                                   Thomas M. Rose
                                                              United States District Judge